Judge: Timothy W. Dore
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>RACHEL S LEE,<br><br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 18-13379-TWD<br><br>TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER |

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

Rachel S Lee  
6900 E Green Lake Way N  
Apt 250  
Seattle, WA 98115  

Check Number: 3524315  
Amount: $1,364.94

Dated: April 02, 2024

/s/ Jason Wilson-Aguilar  
Jason Wilson-Aguilar  
Chapter 13 Trustee  
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar  
Chapter 13 Trustee  
600 University St. #1300  
Seattle, WA 98101  
(206) 624-5124